IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| RADNOR HOLDINGS | ) | Case No. 06-10894 (PJW) |
| CORPORATION, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| THE OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS OF | ) | |
| RADNOR HOLDINGS | ) | Adversary Proceeding No. 06-50909 |
| CORPORATION, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TENNENBAUM CAPITAL | ) | |
| PARTNERS, LLC; SPECIAL | ) | |
| VALUE EXPANSION FUND, LLC; | ) | |
| SPECIAL VALUE OPPORTUNITIES | ) | |
| FUND, LLC; AND JOSÉ E. | ) | |
| FELICIANO, | ) | |
| Defendants. | ) | |
| | ) | |

**APPELLEES' COUNTER-DESIGNATION OF
RECORD AND STATEMENT OF ISSUES ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellees Tennenbaum Capital Partners, LLC, Special Value Expansion Fund, LLC, Special Value Opportunities, LLC and Jose E. Feliciano ("Appellees") hereby designate the following additional items to be included in the Record on Appeal (as defined and listed in The Official Committee of Unsecured Creditors of Radnor Holdings Corp.'s ("Appellants") *Statement of Issues on Appeal and Designation of Items to be Included in the Record With Respect to Appeal*

RLF1-3090934-1

*of Judgment, Findings of Fact and Conclusions of law and Amended Findings of Fact and Conclusions of Law* (the "Designation of Record")), and submits the following statement of additional issues on appeal from the Amended Finding of Fact and Conclusions of Law ("Findings") (D.I. 41) and the Judgment (D.I. 38) of the United States Bankruptcy Court for the District of Delaware (the "Court").

### COUNTER DESIGNATION OF RECORD

In addition to the items designated by Appellants in the Designation of Record, Appellees designate the following items to be included in the Record on Appeal:

#### From Docket 06-10894 (PJW):

| Appeal Record No. | Bankruptcy Case Docket 06-10894 | Filing Date | Document Text |
|---|---|---|---|
| 48 | 3 | 08/21/2006 | Declaration of Paul D. Ridder, Vice-President, Chief Financial Officer and Assistant Secretary of Radnor Holdings Corporation, In Support of Chapter 11 Petitions and First Day Pleadings |
| 49 | 20 | 08/21/2006 | Motion to Approve Debtor In Possession Financing Filed by Radnor Holdings Corporation |
| 50 | 27 | 08/22/2006 | Declaration in Support of Debtors' Motion for Order (1) Authorizing Debtor-in-Possession Financing Agreement and use of Secured Lenders' Collateral, and (2) Providing Adequate Protection to Secured lenders by Jose E. Feliciano (plus Exhibits Volume I of III) |
| 51 | 28 | 08/22/2006 | Appendix of Exhibits in Support of Declaration of Jose E. Feliciano in Connection with Debtors' Motion for Order (1) Authorizing Debtor-in-Possession Financing Agreement and Use of Secured Lenders' Collateral, and (2) Providing Adequate Protection to Secured Lenders (Volume II of III) |
| 52 | 29 | 08/22/2006 | Appendix of Exhibits in Support of Declaration of Jose E. Feliciano in Connection with Debtors' Motion for Order (1) Authorizing Debtor-in-Possession Financing Agreement and use of Secured lenders' Collateral, and (2) Providing Adequate Protection to Secured Lenders (Volume III of III) |

| Appeal Record No. | Bankruptcy Case Docket 06-10894 | Filing Date | Document Text |
|---|---|---|---|
| 53 | 53 | 08/23/2006 | Order (Amended) (I) Authorizing Debtors (A) To Obtain Postpetition Financing and (B) To Utilize Cash Collateral; (II) Granting Liens, Security Interests and Superpriority Claims; (III) Granting Adequate Protection to Prepetition Secured Parties; and (IV) Scheduling a Final Hearing |
| 54 | 125 | 08/31/2006 | Notice of Appearance and Request for Service of Papers of Greenberg Traurig, LLP Filed by Official Committee of Unsecured Creditors |
| 55 | 148 | 09/12/2006 | Notice of Deposition Filed by Official Committee of Unsecured Creditors |
| 56 | 149 | 09/12/2006 | Notice of Service of Discovery Filed by Official Committee of Unsecured Creditors |
| 57 | 150 | 09/12/2006 | Emergency Motion to Continue Hearing On (September 18, 2006 Hearing): (1) Debtors' Motion For An Order (A) Establishing Bidding Procedures Relating to the Sale Of The Debtors' Assets, (B) Scheduling A Hearing To Consider The Proposed Sale And Approving The Form And Manner Of Notice Thereof, (C) Establishing Procedures Relating To The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, Including Notice of Proposed Cure Amounts, (D) Approving Bid Protections, And (E) Granting Certain Related Relief; And (2) 361, 362, 363, 364 And Federal Rule Of Bankruptcy Procedure 40001, Authorizing Debtors To Obtain Post-Petition Financing And To Utilize Cash Collateral, Granting Adequate Protection to Pre-Petition Lenders, and Seeking Other Relief Filed by Official Committee of Unsecured Creditors |
| 58 | 156 | 09/12/2006 | Notice of Filing of Proofs of Claim by Tennenbaum Capital Partners, LLC |
| 59 | 172 | 09/13/2006 | Objection to Debtors' Motion for Order, Pursuant to 11 U.S.C. Sections 105, 361, 362, 364 and Federal Rule of Bankr. Procedure 4001; (I) Authorizing Debtors (A) to Obtain Post-Petition Financing and (B) to Utilize Cash Collateral; (II) Granting Adequate Protection to Pre-Petition Secured Parties, and (III) Scheduling Interim and Final Hearings Filed by official Committee of Unsecured Creditors |

RLF1-3090934-1

| Appeal Record No. | Bankruptcy Case Docket 06-10894 | Filing Date | Document Text |
|---|---|---|---|
| 60 | 176 | 09/13/2006 | Objection to Motion of Official Committee of Unsecured Creditors to Continue Hearing on Bidding Procedures Motion and Financing Motion |
| 61 | 177 | 09/13/2006 | Objection to Emergency Motion Of The Official Committee Of unsecured Creditors For Continuance Of September 18, 2006 Hearing On: (1) Debtors' Motion For An Order (A) Establishing Bidding Procedures Relating To The Sale Of The Debtors' Assets, (B) Scheduling A Hearing To Consider The Proposed Sale And Approving The Form And Manner Of Notice thereof, (C) Establishing Procedures Relating to The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, Including Notice Of Proposed Cure Amounts, (D) Approving Bid Protections, And (E) Granting Certain Related Relief And (2) Debtors' Motion For Order, Pursuant To 11 U.S.C. Sections 105, 361, 362, 36 3, 364 And Federal Rule Of Bankruptcy Procedure 5001, Authorizing Debtors to Obtain Post-Petition Financing And To Utilize Cash Collateral, Granting Adequate Protection To Pre-Petition Lenders, And Seeking Other Relief |
| 62 | 180 | 09/14/2006 | Brief Reply of Tennenbaum Lenders to Creditors Committee Objection to Final DIP Financing Order |
| 63 | 204 | 09/15/2006 | Notice of Deposition (Amended) to be held in the Office of Greenberg Traurig, LLP for September 18, 2006 through September 21, 2006 Filed by Official Committee of Unsecured Creditors |
| 64 | 226 | 09/19/2006 | Transcript of Hearing Held on September 14, 2006 |
| 65 | 278 | 09/22/2006 | Order (Final) (I) Authorizing Debtors (A) To Obtain Postpetition Financing And (B) To Utilize Cash Collateral And (II) Granting Liens, Security Interests and Superpriority Claims; (III) Granting Adequate Protection To Prepetition Secured Parties |
| 66 | 317 | 09/29/2006 | Motion to Compel Production of Redacted Document and for Entry of Order Setting Discovery Schedule Filed by Official Committee of Unsecured Creditors |
| 67 | 337 | 10/04/2006 | Notice of Service of Discovery re: Second Request for the Production of Documents to Tennenbaum Filed by Official Committee of Unsecured Creditors |

RLF1-3090934-1

| Appeal Record No. | Bankruptcy Case Docket 06-10894 | Filing Date | Document Text |
|---|---|---|---|
| 68 | 350 | 10/05/2006 | Notice of Deposition of Jose Feliciano and Howard Levkowitz Filed by Official Committee of Unsecured Creditors |
| 69 | 354 | 10/06/2006 | Notice of Deposition of Sean Berry and Robert DiPaolo Filed by Official Committee of Unsecured Creditors |
| 70 | 355 | 10/06/2006 | Notice of Deposition of Prashant Mehrotra Field by Official Committee of Unsecured Creditors |
| 71 | 357 | 10/06/2006 | Notice of Service of Subpoenas Filed by Official Committee of Unsecured Creditors |
| 72 | 377 | 10/12/2006 | Notice of Deposition of Paul Finigan, Paul Ridder, Michael Kennedy, Tom Hopkins, Mike Valenza, Ann Kelley, Radford Hastings and Stan Springle Filed by Official Committee of Unsecured Creditors |
| 73 | 385 | 10/13/2006 | Scheduling Order With Respect to Committee's Objections to Tennenbaum Claims |
| 74 | 395 | 10/16/2006 | Objection to Motion of Creditors Committee to Modify Bid Procedures Order |
| 75 | 404 | 10/17/2006 | Objection to (I) Motion of the Official Committee of Unsecured Creditors to Modify Bid Procedures and (II) Motion for Expedited Consideration Thereof |
| 76 | 415 | 10/17/2006 | Notice of Withdrawal of Motion to Modify Bid Procedures Filed by Official Committee of Unsecured Creditors |
| 77 | 417 | 10/18/2006 | Notice of Depositions of Sean Berry and Robert DiPaolo filed by Official Committee of Unsecured Creditors |
| 78 | 452 | 10/23/2006 | Application to Employ Edward B. Rock as Litigation Consultant for the Committee, Nunc Pro Tunc to October 3, 2006 Filed by Official Committee of Unsecured Creditors |
| 79 | 456 | 10/23/2006 | Application to Employ Mesirow Financial Consulting, LLC as Litigation Consultant to the Committee, Nunc Pro Tunc to October 4, 2006 Filed by Official Committee of Unsecured Creditors |
| 80 | 471 | 10/25/2006 | Memorandum of Law of Tennenbaum Capital Partners, LLC, Special Value Opportunities Fund, LLC and Special Value Expansion Fund, LLC in Support of Their Proof of Claim |

RLF1-3090934-1

| Appeal Record No. | Bankruptcy Case Docket 06-10894 | Filing Date | Document Text |
|---|---|---|---|
| 81 | 472 | 10/25/2006 | Memorandum of Law of Tennenbaum Capital Partners, LLC, Special Value Opportunities Fund, LLC and Special Value Expansion Fund, LLC Establishing that Their Secured Claims Cannot be Recharacterized or Equitably Subordinated |
| 82 | 473 | 10/25/2006 | Memorandum of Law of Tennenbaum Capital Partners, LLC Special Value Opportunities Fund, LLC and Special Value Expansion Fund, LLC Establishing that Their Secured Claims Cannot be Recharacterized or Equitably Subordinated |
| 83 | 479 | 10/25/2006 | Exhibits in Support of the TCP Lenders' Memorandum of Law in Support of Their Proof of Claim |
| 84 | 480 | 10/25/2006 | Appendix of Exhibits, Deposition Excerpts and Authorities in Support of Memorandum of Law of the TCP Lenders Establishing that their Secured Claims Cannot be Recharacterized or Equitably Subordinated |
| 85 | 488 | 10/26/2006 | Transcript of Hearing held on September 20, 2006 |
| 86 | 508 | 10/30/2006 | Expert Report of Edward B. Rock [Dated October 27, 2006] Filed by Official Committee of Unsecured Creditors |
| 87 | 509 | 10/30/2006 | Expert Report of Edward B. Rock [Dated October 30, 2006] Filed by Official Committee of Unsecured Creditors |
| 88 | 535 | 10/31/2006 | Appendix Witness List for Trial Commencing November 2, 2006 Filed by Official Committee of Unsecured Creditors |
| 89 | 543 | 11/01/2006 | Joint Exhibit List for Trial Beginning November 2, 2006 |
| 90 | 558 | 11/01/2006 | Emergency Motion to Join Adversary Proceeding or, in the Alternative, to Intervene as of Right Filed by Radnor Holdings Corporation |
| 91 | 640 | 11/15/2006 | Emergency Motion to Allow a Limited Extension of the Bid, Auction, and Sale Deadlines as Contained in the Bid Procedures Order to Facilitate a Higher and Better Bid |
| 92 | 644 | 11/16/2006 | Objection to Creditors Committee: (1) Emergency Motion for Continuance of Bid Deadline, Auction, Sale Hearing, and Ruling on Complaint; and (2) Motion for Expedited Hearing |

RLF1-3090934-1

| Appeal Record No. | Bankruptcy Case Docket 06-10894 | Filing Date | Document Text |
|---|---|---|---|
| 93 | 670 | 11/20/2006 | Emergency Motion For Stay Pending Appeal and Correspondingly for Extension of the Bid, Auction and Sale Deadlines as Contained n the Bid Procedures Order |
| 94 | 688 | 11/21/2006 | Order Denying Emergency Motion To Say Pending Appeal and Correspondingly for Extension of the Bid, Auction and Sale Deadlines as Contained in the Bid Procedures Order |
| 95 | 698 | 11/21/2006 | Order (WITH REVISIONS) (1) Approving Sale of Substantially all of Debtors' Assets Freed and Clear of all Liens, Claims, Interests and Encumbrances; (2) Approving Assumption and Assignment of Certain Contracts and Leases; and (3) Granting Related Relief |
| 96 | 731 | 12/01/2006 | Notice of Appeal of Order Approving Sale of Substantially All of Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances |
| 97 | 737 | 12/04/2006 | Transcript of Hearing held on November 21, 2006 |

### From Docket 06-50909 (PJW):

| Appeal Record No. | Adversary Proceeding Docket 06-50909 | Filing Date | Document Text |
|---|---|---|---|
| 98 | 4 | 10/31/2006 | Notice of Agenda of Matters Scheduled for Trial |
| 99 | 5 | 10/31/2006 | Witness List for Trial Commencing November 2, 2006 |
| 100 | 6 | 11/01/2006 | Notice of Hearing on Motion to Strike Allegations and Causes of Action from the Official Committee of Unsecured Creditor's Complaint |
| 101 | 9 | 11/01/2006 | Debtors' Emergency Motion to Join Adversary Proceeding or, in the Alternative, to Intervene as of Right |
| 102 | 11 | 11/01/2006 | Objection and Response to Subpoena Duces Tecum Issued by Defendant Tennenbaum Capital Partners LLC |

RLF1-3090934-1

| Appeal Record No. | Adversary Proceeding Docket 06-50909 | Filing Date | Document Text |
|---|---|---|---|
| 103 | 12 | 11/02/2006 | Objections and Response of Houlihan, Lokey, Howard and Zukin, Inc. to the Official Committee of Unsecured Creditors' Subpoena in a Case Under the Bankruptcy Code |
| 104 | 14 | 11/05/2006 | Motion to Strike report of Stephen B. Darr and Preclude his Trial Testimony or, in the Alternative, to Compel the Production of Documents from Mesirow Financial Consulting |
| 105 | 21 | 11/10/2006 | Motion to Preclude the Testimony of Mark Shapiro |
| 106 | 22 | 11/10/2006 | Debtors' Response in Support of Committee's Motion to Preclude the Testimony of Mark Shapiro |
| 107 | 23 | 11/13/2006 | Defendants' Statement Concerning Plaintiffs' Pleading a Core Proceeding |
| 108 | 28 | 11/15/2006 | Response to Defendants' Statement Concerning Plaintiffs' Pleading a Core Proceeding |
| 109 | 44 | 11/20/2006 | Emergency Motion for Stay Pending Appeal and Correspondingly for Extension of the Bid, Auction and Sale Deadlines as Contained in the Bid Procedures Order |
| 110 | 46 | 11/20/2006 | Court's Corrections to Docket #41 |
| 111 | 47 | 11/21/2006 | Objection to Emergency Motion of the Official Committee of Unsecured Creditors for a Stay Pending Appeal and Correspondingly for Extension of the Bid, Auction and Sale Deadlines as Contained in the Bid Procedures Order |

In accordance with Bankruptcy Rule 8006 and Local Rule 8006-1, Appellees have provided copies of the items designated herein to the Clerk of the Court.

WHEREFORE, Appellee respectfully requests that the Clerk of the Court transmit the Record on Appeal to the Clerk of the United States District Court for the District of Delaware pursuant to Bankruptcy Rule 8007.

### STATEMENT OF ADDITIONAL ISSUES ON APPEAL

1. Whether Counts I-IV and XIII are moot and/or equitably moot as a result of the occurrence of the sale of the Debtors' assets pursuant to 11 U.S.C. § 363, at which an

affiliate of the Appellees was declared the winning bidder after it credit bid the very claims that Appellant, by its appeal, continues to seek to disallow, recharacterize or subordinate.

       2. Whether all Counts of the Complaint have been released as a result of the Bankruptcy Court's November 21, 2006 order approving the asset purchase agreement by and between the Debtors and Appellees' affiliates, which asset purchase agreement contained a release of all claims against the Defendants.

       3. Whether any of the issues listed by the Appellants in their statement of issues on appeal have any merit.

       4. Whether the Bankruptcy Court's 44 page Findings, based on its approximately 150 pages of handwritten notes after a nearly two-week trial, was an abuse of discretion.

       5. Whether any of Appellant's attacks on holdings that, on their face, are holdings in the alternative somehow support reversal.

Dated: December 8, 2006
       Wilmington, Delaware

_[signature]_
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Paul N. Heath (No. 3704)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701

-and-

Gregory A. Bray
Fred Neufeld
Kenneth A. Ostrow
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone:   (213) 892-4000
Facsimile:    (213) 629-5063

Attorneys for Appellees Tennenbaum Capital Partners, LLC, Special Value Opportunities Fund, L.P., Special Value Expansion Fund, L.P. and Jose E. Feliciano

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RADNOR HOLDINGS CORPORATION, *et al.*, | ) | Case No. 06-10894 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| _____ | ) | |
| | ) | |
| THE OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS OF RADNOR | ) | |
| HOLDINGS CORPORATION, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 06-50909 (PJW) |
| | ) | |
| TENNENBAUM CAPITAL PARTNERS, LLC; | ) | |
| SPECIAL VALUE EXPANSION FUND, LLC; | ) | |
| and SPECIAL VALUE OPPORTUNITIES FUND, | ) | |
| LLC; | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

Waverley L. Dewdney, being duly sworn according to law, deposes and says that she is employed as a Legal Assistant for the law firm of Richards, Layton & Finger, P.A., and

that on the 8th day of December, 2006 she caused a copy of the following to be served on the attached list as indicated:

**APPELLEES' COUNTER-DESIGNATION OF
RECORD AND STATEMENT OF ISSUES ON APPEAL**

_/s/ Waverley L. Dawdney_
Waverley L. Dawdney
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Sworn to and subscribed before me this 8th day of December, 2006.

_/s/ Ann Jerominski_
Notary Public

ANN JEROMINSKI
Notary Public - State of Delaware
My Comm. Expires Feb. 14, 2008

RLF1-3091118-1

## SERVICE LIST

**Via Hand Delivery**
The Honorable Peter J. Walsh
United States Bankruptcy Court
District of Delaware
**Attention: Chambers**
824 North Market Street, 6th Floor
Wilmington, DE 19801

**Via Hand Delivery**
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**Via Hand Delivery**
*(Counsels to Creditors Committee)*
Francis A. Citera, Esq.
Victoria Counihan, Esq.
Thomas E. Dutton, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**Via First Class Mail**
*(Counsel to Radnor Holdings Corporation)*
Edward J. Meehan, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

**Via Hand Delivery**
*(Counsel to Radnor Holdings Corporation)*
Mark L. Desgrosseilliers
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

RLF1-3091118-1