IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: Radnor Holdings Corporation et al

| | |
|---|---|
| The Official Committee of Unsecured Creditors of Radnor Holdings Corporation, et al.,  )  )  )  )  )  ) | |
|       Appellants  ) | Civil Action No.   06-784 |
| v.  )  ) | |
| Tennenbaum Capital Partners LLC et al,  )  ) | |
|       Appellees  ) | Bankruptcy Case No.  06-10894 PJW<br>AP 06-74<br>ADV 06-50909 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 11/16/06 was docketed in the District Court on 12/21/06:

>Judgment in Favor of All Defendants on All Counts, Findings Of Fact and Conclusions of Law and Amended Findings of Fact and Conclusions of Law

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

>Peter T. Dalleo
>Clerk of Court

Date: 12/21/06
To:    U.S. Bankruptcy Court
        Counsel