IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - x
THE OFFICIAL COMMITTEE OF     :
UNSECURED CREDITORS,          :
                              :
             APPELLANT,       :     Case No. 06-784 (___)
                              :
   v.                         :
                              :
RADNOR HOLDINGS               :
CORPORATION, ET AL.,          :
                              :
             APPELLEES.       :
- - - - - - - - - - - - - - x
                              :
In re:                        :     Chapter 11
                              :
RADNOR HOLDINGS               :     Case No. 06-10894 (PJW)
CORPORATION, et al.,          :
                              :     Jointly Administered
             Debtors.         :
                              :
- - - - - - - - - - - - - - x
```

**DEBTORS' STATEMENT PURSUANT TO LOCAL RULE 7.1.1 WITH REPSECT TO DEBTORS' MOTION FOR LEAVE OF REQUIREMENTS OF DISTRICT COURT STANDING ORDER DATED JULY 23, 2004 REQUIRING DEBTORS' MANDATORY PARTICIPATION IN MEDIATION PROCEEDINGS ON APPEAL**

The debtors and debtors in possession in the above-captioned jointly administered bankruptcy cases (the "Bankruptcy Cases") and appellees in the above-captioned appeal before this Court (collectively, the

"Debtors"),[1] by and through their undersigned attorney

and pursuant to D. Del. LR 7.1.1, respectfully state

that the Debtors have made a reasonable effort to reach

agreement with the other parties with respect to the

Debtors' Motion for Leave of Requirements of District

Court Standing Order Dated July 23, 2004 Requiring

Debtors' Mandatory Participation in Mediation

Proceedings on Appeal (the "Motion") filed in the above-

captioned appeal (the "Appeal") substantially

contemporaneously herewith.

Counsel to Tennenbaum Capital Partners, LLC,

and certain of its affiliates that are also appellees in

the Appeal has advised undersigned counsel for the

Debtors that such parties have no objection to the

---

[1]     The Debtors are the following entities: Radnor Holdings
Corporation ("Radnor"), Benchmark Holdings, Inc., Radnor Asset
Management, Inc., Radnor Chemical Corporation, Radnor Delaware
II, Inc., Radnor Investments II, Inc., Radnor Investments III,
Inc., Radnor Investments, Inc., Radnor Investments, L.L.C.,
Radnor Management Delaware, Inc., Radnor Management, Inc.,
StyroChem Delaware, Inc., StyroChem Europe Delaware, Inc.,
StyroChem GP, L.L.C., StyroChem LP, L.L.C., StyroChem U.S.
Ltd., WinCup Europe Delaware, Inc., WinCup GP, L.L.C., WinCup
Holdings, Inc., WinCup LP, L.L.C., WinCup RE, L.L.C., and
WinCup Texas, Ltd.

relief requested in the Motion.    Counsel for the

Official Committee of Unsecured Creditors (the

"Committee"), appellants in the Appeal, has advised

undersigned counsel for the Debtors that the Committee

intends to respond to the Motion.

Dated:    Wilmington, Delaware
          February 12, 2007


_____
Gregg M. Galardi (I.D. No. 2991)
Mark L. Desgrosseilliers (I.D. No. 4083)
Matthew P. Ward (I.D. No. 4471)
Sarah E. Pierce (I.D. No. 4648)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

and

Edward J. Meehan
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue
Washington, DC  20005-2111
(202) 371-7000

Counsel for the Appellees, Debtors
   and Debtors-in-Possession

484861.01-Wilmington Server 1A - MSW

## CERTIFICATE OF SERVICE

I, Mark L. Desgrosseilliers, hereby certify that on February 12, 2007, I caused the foregoing **Debtors' Statement Pursuant to Local Rule 7.1.1 with Respect to Debtors' Motion for Leave of Requirements of District Court Standing Order Dated July 23, 2004 Requiring Debtors' Mandatory Participation in Mediation Proceedings on Appeal** to be served on the parties listed on Exhibit A, attached hereto, in the manner indicated thereon.

_____
Mark L. Desgrosseilliers

**EXHIBIT A**

Caroline Williamson
Radnor Holdings Corporation
150 Radnor Chester Road
Building A, Suite 300
Radnor, PA 19087

Alvarez & Marsal, Inc.
Stan Springel
Robert McEvoy
600 Lexington Avenue
6th Floor
New York, NY 10022

William K. Harrington, Esq.
Office of the U.S. Trustee
844 King Street
Room 2207, Lockbox 35
Wilmington, DE 19801
Tel: 302-573-6491
Fax: 302-573-6497
**(By Hand Delivery)**

**Agent for the DIP Lenders:**

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl Young
Jones & Weintraub
919 North Market Street, 17th **Fl.**
P.O. Box 8705
Wilmington, DE 19899-8705
**(By Hand Delivery)**

Anup Sathy, Esq.
Ross M. Kwasteniet, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636
**(By Overnight Courier)**

**Counsel for the Funding Agent:**

Paula A. Schmeck, Esq.
Thorp, Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
**(By Overnight Courier)**

William P. Bowden, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
**(By Hand-Delivery)**

**Official Committee of Unsecured
Creditors:**

Donald J. Detweiler, Esquire
Victoria W. Counihan, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
Telephone:   302-661-7667
Fax:  302-661-7360
**(By Hand-Delivery)**

Nancy A. Mitchell, Esquire
Nancy A. Peterman, Esquire
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 2500
Chicago, IL 60601
**(By Overnight Courier)**

**Counsel to Tennenbaum Capital
Partners, LLC:**

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
**(By Hand Delivery)**

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street
30th Flooor
Los Angeles, CA 90017-5735
**(By Overnight Delivery)**

Frederick B. Rosner, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

**(By Hand Delivery)**