IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - x
THE OFFICIAL COMMITTEE OF     :
UNSECURED CREDITORS,          :
                              :
            APPELLANT,        :   Case No. 06-784 (___)
                              :
     v.                       :
                              :
RADNOR HOLDINGS               :
CORPORATION, ET AL.,          :
                              :
            APPELLEES.        :
- - - - - - - - - - - - - - x
                              :
In re:                        :   Chapter 11
                              :
RADNOR HOLDINGS               :   Case No. 06-10894 (PJW)
CORPORATION, et al.,          :
                              :   Jointly Administered
            Debtors.          :
                              :
- - - - - - - - - - - - - - x
```

**AFFIDAVIT OF SERVICE**

I, Mark L. Desgrosseilliers, hereby certify that on the 12th day of February, 2007, I caused the **Debtors' Motion for Leave of Requirements of District Court Standing Order Dated July 23, 2004 Requiring Debtors' Mandatory Participation in Mediation Proceedings on Appeal (Docket No. 6)** to be served on the party listed

on Exhibit A, attached hereto, by Hand Delivery, unless otherwise indicted thereon.

Dated:   Wilmington, Delaware
         February 12, 2007

/s/ Signature

Gregg M. Galardi (I.D. No. 2991)
Mark L. Desgrosseilliers (I.D. No. 4083)
Matthew P. Ward (I.D. No. 4471)
Sarah E. Pierce (I.D. No. 4648)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

and

Edward J. Meehan
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue
Washington, DC 20005-2111
(202) 371-7000

Counsel for the Appellees, Debtors
   and Debtors-in-Possession

**EXHIBIT A**

Fred Rosner, Esq.
Duan Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

484817.02-Wilmington Server 1A - MSW