**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **RADNOR HOLDINGS CORPORATION, *et al.,*** | § | **Case No. 06-10894-(PJW)** |
| | § | **Jointly Administered** |
| **Debtors.** | § | |
| | § | |
| **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,** | § | **Civil Action No. 06-784 (***)** |
| **Appellant,** | § | |
| **v.** | § | |
| **TENNENBAUM CAPITAL PARTNERS, LLC, SPECIAL VALUE EXPANSION FUND LLC, SPECIAL VALUE OPPORTUNITIES LLC, AND JOSE E. FELICIANO** | § | |
| **Appellees.** | § | |

## AGREED ORDER DISMISSING APPELLANT'S APPEAL

This matter having come before the Court on the motion of the Official Committee of Unsecured Creditors of Radnor Holdings Corporation, *et al.*, appellant (the "Committee"), for entry of this agreed order dismissing the above-captioned appeal (the "Motion"), after due deliberation and for good cause shown, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Committee's Motion is GRANTED and the above-captioned appeal is hereby dismissed.

2. Each party will bear its own fees and costs on appeal.

Dated: April 19 2007

[signature]
United States District Court Judge

Case 1:06-cv-00784-*** Document 10-2 Filed 04/13/2007 Page 2 of 3

The following parties hereby agree to the entry of this order on this 13th day of April, 2007:

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RADNOR HOLDINGS CORPORATION, *ET AL.*

By: ______________________

Victoria Watson Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000

Nancy A. Peterman
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: (312) 456-8400

TENNENBAUM CAPITAL PARTNERS, LLC, SPECIAL VALUE EXPANSION FUND LLC, SPECIAL VALUE OPPORTUNITIES LLC, AND JOSE E. FELICIANO

By: ______________________
One of Their Attorneys

Gregory A. Bray, Esquire
Fred Neufeld, Esquire
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000

Russell C. Silberglied, Esquire
Christopher M. Samis, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street

Wilmington, DE 19801
Telephone: (302) 651-7700

RADNOR HOLDINGS
CORPORATION, *ET AL.*

By: ______________________
One of Their Attorneys

Gregg M. Galardi, Esquire
Mark L. Desgrosseilliers, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Telephone: (302) 651-3000